# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNLIGHT OF THE SPIRIT HOUSE, et al.,** | : |
| Plaintiffs, | : CIVIL ACTION |
| | : |
| v. | : No. 16-909 |
| | : |
| **BOROUGH OF NORTH WALES, PENNSYLVANIA, et al.,** | : |
| Defendants. | : |

## ORDER

**AND NOW**, upon consideration of "Defendants' Motion for Dismissal of Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1)" (doc. no. 3) and Plaintiffs' response thereto (doc. no. 6), and for reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**