# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNLIGHT OF THE SPIRIT HOUSE, INC., ET AL.,** | CIVIL ACTION |
| *Plaintiffs*, | |
| v. | No. 16-cv-909 |
| **BOROUGH OF NORTH WALES, PENNSYLVANIA, ET AL.,** | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 15th day of January, 2019, upon consideration of the Motion for Summary Judgment filed by Plaintiffs, Sunlight of the Spirit House, Inc. and Matthew Bartlet (ECF No. 44, 45), the Motion for Summary Judgment filed by Defendants, the Borough of North Wales, Pennsylvania and the Zoning Hearing Board of North Wales (ECF No. 42), and the responses thereto (ECF No. 47, 49, 50, 54), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that all Motions for Summary Judgment (ECF No. 42, 44, 45) are **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**